UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| (Civil)<br><br>**NORTH CAROLINA RIGHT TO LIFE, INC.**, et al.,<br>                      *Plaintiffs*,<br><br>v.<br><br>**LARRY LEAKE**, et al.,<br>                      *Defendants*. | Plaintiffs' Motion For an Enlargement of Time to Respond to NonParties' Motion to Quash Subpoenas<br><br>Case No. No. 5:99-CV-798-BO(3); Misc. Action No. 1:05-mc-00289-RCL (D.D.C.) |

By counsel, Plaintiffs North Carolina Right to Life, Inc. ("NCRL"), its political committee North Carolina Right to Life Political Action Committee ("NCRL-PAC") and its independent expenditure committee North Carolina Right to Life Committee Fund for Independent Political Expenditures ("NCRL-FIPE") (collectively "NCRL") hereby move for an enlargement of time under Fed. R. Civ. P. 6(b) to respond to the motion to quash lodged by respondents Democracy 21 and the Campaign Legal Center ("amici").

The Order allowing time for discovery in this matter was filed by the District Court for the Eastern District of North Carolina on July 15. Counsel for Plaintiffs filed an appellate brief in another matter on July 20. Plaintiffs consequently met and conferred with Respondents on July 22 and 25.[1] Respondents filed their joint motion on July 25. Under LCvR 47 and Fed. R. Civ. P. 6(e), Plaintiffs response is due Monday, August 8. Counsel for Plaintiffs respectfully submits that

---

[1] Counsel for Plaintiffs also met and conferred with counsel for other respondents in this litigation, Thomas Mann and the Brookings Institute, on August 1.

**Motion for Enlargement of Time**

they require additional time to properly address the issues raised in Respondents' motion.

Moreover, Plaintiffs' counsel has as yet been unable to secure local counsel in order to comply with LCvR 83.2(c) or (d) (and consequently, LCvR 5.1(e)(2) (signature of a paper presented to the Court certifies that the attorney has joined of record a member in good standing of the Bar of this Court or has a *pending* application to appear *pro hac vice*)). Plaintiff's Counsel respectfully proposes that the response be filed no later than August 18.

Counsel for Plaintiffs discussed this motion with opposing counsel by telephone, and counsel for Respondents did not oppose the motion.[2]

Respectfully submitted,

*/s/ Jeffrey P. Gallant*

Jeffrey P. Gallant*
James Bopp, Jr.*
Bopp, Coleson & Bostrom
1 South Sixth Street
Terre Haute, IN  47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Lead Counsel for Plaintiff*
*Pro Hac Vice Motion to be filed*

---

[2] Counsels' agreement was contingent on Plaintiffs' counsel not opposing a proportionate extension for respondents' reply.

**Motion for Enlargement of Time**             2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| (Civil)<br><br>**NORTH CAROLINA RIGHT TO LIFE, INC., et al.,**,<br>*Plaintiffs*,<br><br>v.<br><br>**LARRY LEAKE, et al.,**<br>*Defendants*. | Case No. No. 5:99-CV-798-BO(3) (E.D. N.C.); Misc. Action No. 1:05-mc-00289-RCL (D.D.C.) |

## Certificate of Service

I certify that on August 4, 2005, copies of Plaintiff's Motion to Enlarge Time for Response to Motion to Quash and a proposed Order for same were mailed via United States Postal Service, postage prepaid, to the following:

Donald J. Simon
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY LLP
1425 K. Street, N.W.
Suite 600
Washington, D.C. 20005

Roger M. Witten
Tori T. Kim
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022

Fred Wertheimer
DEMOCRACY 21
1825 I Street, N.W., Suite 400
Washington, D.C. 20005
*Attorneys for Democracy 21*

Trevor Potter
J. Gerald Hebert
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W., Suite 650
Washington, D.C. 20036
*Attorneys for The Campaign Legal Center*

_____
Jeffrey P. Gallant*
BOPP, COLESON & BOSTROM
1 South Sixth Street
Terre Haute, IN  47807-3510
812/232-2434 telephone
812/234-3685 facsimile
*Lead Counsel for Plaintiff*
*Pro Hac Vice Motion to be filed