UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| (Civil)<br><br>**NORTH CAROLINA RIGHT TO LIFE, INC., et al.,**<br>      *Plaintiffs,*<br><br>v.<br><br>**LARRY LEAKE, et al.,**<br>      *Defendants.* | Order Granting an Enlargement of Time to Respond to NonParties' Motion to Quash Subpoenas<br><br><br>Case No. No. 5:99-CV-798-BO(3); Misc. Action No. 1:05-mc-00289-RCL (D.D.C.) |

## Order to Enlarge Time

This action is before the Court on a motion to enlarge time filed by Plaintiff North Carolina Right to Life, Inc., *et al.* For the reasons stated in NCRL's motion, the Court GRANTS the motion.

Plaintiffs will file their response to Respondents' Motion to Quash Plaintiffs' Subpoenas no later than August 18, 2005.

SO ORDERED this _____ day of _____ 2005.

                     _____
                     United States District Judge

**Order**