UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| North Carolina Right to Life, Inc., et al., <br><br>                        Plaintiffs<br><br>- against -<br><br>Larry Leake, et al.<br><br>                       Defendants. | **MOTION TO QUASH NONPARTY SUBPOENA**<br><br>Case Number: 5:99-CV-798-BO(3), E.D. North Carolina;<br>Misc. Action No. 1:05-mc-00289-RCL (D.D.C.) |

### RESPONSE TO MOTION FOR ENLARGEMENT OF TIME

North Carolina Right to Life, *et al* (NCRL)., has filed an unopposed motion for an enlargement of time to respond to the pending motion to quash filed by Democracy 21 and the Campaign Legal Center. The NCRL motion correctly states that, in discussing the proposed enlargement of time with undersigned counsel, counsel for NCRL agreed to a ten day extension of time for Democracy 21 and the Campaign Legal Center to file their reply to NCRL's Response. Motion at 2, note 2.[1] However, the proposed Order submitted by NCRL failed to reflect this agreement and to include the agreed-upon due date for Democracy 21 and the Campaign Legal Center to file their reply memorandum. Accordingly, a proposed order reflecting the agreement of all counsel to <u>both</u> extensions is submitted herewith.

Dated this 9th day of August, 2005.

RECEIVED
AUG - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

---

[1] This extension for Democracy 21 and the Campaign Legal Center to file their reply is made necessary because the extension of time sought by NCRL creates a conflict between the due date of the reply and the travel schedules of counsel for Democracy 21 and the Campaign Legal Center.

Respectfully submitted,

*Donald J. Simon* by *gh*

Donald J. Simon (Bar No. 256388)
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
1425 K STREET, N.W.
Suite 600
Washington, D.C. 20005
(202) 682-0240

Roger M. Witten (Bar No. 163261)
Tori T. Kim
WILMER CUTLER PICKERING
HALE AND DORR LLP
399 Park Avenue
New York, New York 10022
(212) 230-8800

Fred Wertheimer (Bar No. 154211)
DEMOCRACY 21
1825 I Street, N.W.
Suite 400
Washington, D.C. 20005
(202) 429-2008

*Attorneys for Non-Party*
*Democracy 21*

Trevor Potter
D.C. Bar No. 413778
J. Gerald Hebert
DC Bar No. 447676
THE CAMPAIGN LEGAL CENTER
1640 Rhode Island Ave., N.W.
Suite 650
Washington, D.C. 20036
(202) 736-2200

*Attorneys for Non-Party*
*The Campaign Legal Center*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2005, I served a true and correct copy of the foregoing Response to Motion for Enlargement of Time and Proposed Order on the following counsel by first-class mail, postage prepaid, and addressed as follows:

James Bopp, Jr.
Jeffrey Gallant
Bopp, Coleson & Bostrom
1 S. Sixth Street
Terre Haute, IN 47807-3510

Paul B. Stam
Stam, Fordham & Danchi, PA
510 W. Williams Street
Apex, N.C. 27502

J. Gerald Hebert