UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
AUG - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

North Carolina Right to Life, Inc., et al.,

                Plaintiffs

- against -

Larry Leake, et al.

                Defendants.

**MOTION TO QUASH NONPARTY SUBPOENA**

**Case Number:** 5:99-CV-798-BO(3), E.D. North Carolina;

**Misc. Action No.** 1:05-mc-00289-RCL (D.D.C.)

## ORDER

Counsel for North Carolina Right to Life, Inc., *et al.*, has moved this Court for an enlargement of time to file its response to the motion to quash. There is no opposition to this motion. All counsel have also agreed to extend the deadline for non-parties Democracy 21 and the Campaign Legal Center to file their reply memorandum. The Court, for good cause shown, hereby grants these requested extensions of time.

Plaintiff will file their response to the Motion to Quash Plaintiffs' Subpoenas on or before August 18, 2005. Non-party movants shall file their reply memorandum to plaintiff's response on or before September 2, 2005

SO ORDERED this the _____ day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE