**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR NATIVE ECOSYSTEMS, et. al.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-1336 (RCL)** |
| ) | |
| **GALE NORTON, Secretary of the Interior,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

Based upon the Defendant's Unopposed Motion [9] for Extension of Time to File Answer, and for good cause shown, it is hereby ORDERED that

Defendant's motion is hereby GRANTED and defendant's answer shall be filed no later than October 6, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 30, 2005.