UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NORTH CAROLINA RIGHT TO LIFE, Inc., et. al.,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **LARRY LEAKE, et. al.,** ) <br> ) <br> Defendant. ) <br> ) | Misc. No. 05-0289 (RCL) |

## ORDER

Counsel for North Carolina Right to Life, Inc., et. al., has moved this Court for an enlargement of time [2] to file its response to the motion to quash. There is no opposition to this motion. All counsel have also agreed to extend the deadline for non-parties Democracy 21 and the Campaign Legal Center to file their reply memorandum. The Court, for good cause shown, hereby grants these requested extensions of time.

Plaintiff timely filed their response to the Motion to Quash Plaintiff's Subpoenas on August 18, 2005. Non party movants shall file their reply memorandum to plaintiff's response on or before September 2, 2005.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, August 31, 2005.