UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORTH CAROLINA RIGHT TO LIFE, INC., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Misc. Action No. 05-289 (RCL) |
| LARRY LEAKE, *et al.*, ) ) | |
| Defendants. ) ) | |
| NORTH CAROLINA RIGHT TO LIFE, INC., *et al.*, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Misc. Action No. 05-351 (RCL) |
| LARRY LEAKE, *et al.*, ) ) | |
| Defendants. ) ) | |

**ORDER GRANTING MOTIONS TO QUASH SUBPOENAS**

Upon consideration of Non-Parties Democracy 21 and Campaign Legal Center's Motion [1] to Quash Subpoena, the Opposition and Reply thereto and the record herein; and upon consideration of Non-Party The Pew Charitable Trusts' Motion [1] to Quash Subpoena, the Opposition and Reply thereto and the record herein, it is hereby

ORDERED that the Movants' Motions [1] are GRANTED. The subpoenas are hereby QUASHED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, October 6, 2005.